UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **GERRIE HALL**, | Case No. 6:15-cv-01525-KI |
| Plaintiff, | JUDGMENT |
| v. | |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security**, | |
| Defendant. | |

Alan Stuart Graf, P.C.
208 Pine St.
Floyd, VA 24091

    Attorney for Plaintiff

Billy J. Williams
United States Attorney
District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

John C. Lamont
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant

KING, Judge:

       Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

       IT IS SO ORDERED.

       DATED this    12th    day of December, 2016.


                                 /s/ Garr M. King
                                 Garr M. King
                                 United States District Judge